LAW OFFICES
**JOHN S. WALLENSTEIN**
1100 FRANKLIN AVENUE
GARDEN CITY, NEW YORK 11530
(516) 742-5600 FAX (516) 742-5040
EMAIL: JSWallensteinEsq@outlook.com

January 26, 2024

**BY ECF**

Hon. Kenneth M. Karas
United States District Judge, SDNY
300 Quarropas Street
White Plains, New York 10601

    **Re:  United States v. Brandon Garcia**
           **Docket # 23 CR 512 (KMK)**

Dear Judge Karas;

    This matter is scheduled for sentencing on February 8. I will be on trial before Judge Roman beginning Monday, January 29, a trial expected to last 2-3 weeks. I therefore respectfully request an adjournment of the sentencing, to allow sufficient time to prepare sentencing memoranda. I have discussed this request with AUSA David Markewitz, and the Government has no objection.

    Ms. Bordes advises that the Court is available on March 7 at 11:00 a.m.

    Thank you for your courtesy and consideration.

                                     Respectfully yours,

                                     *John S. Wallenstein*
                                     JOHN S. WALLENSTEIN

JSW/hs

cc:    AUSA David Markewitz (by ECF)

        Granted.

        So Ordered.
        /s/ KMK
        1/26/24